AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| Chris Gagliastre, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:17cv379 |
| Capt. George's Seafood Restaurants LP, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Chris Gagliastre, et al (Plaintiffs) .

Date: 08/13/2018

*Attorney's signature*

Julia A. Rust, Esq. (VSB # 87270)
*Printed name and bar number*

Pierce McCoy, PLLC
101 W. Main Street, Suite 101
Norfolk, VA 23510
*Address*

julia@piercemccoy.com
*E-mail address*

(757) 216-0226
*Telephone number*

(757) 257-0387
*FAX number*