IN THE UNITED STATES DISTRICT COURT
for the EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| Chris Gagliastre, *et al.*, | |
| *On behalf of themselves and others similarly situated*, | Case No. 2:17-cv-379 |
| Plaintiffs, | Judge Raymond A. Jackson |
| v. | Magistrate Judge Robert J. Krask |
| Captain George's of South Carolina, LP, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| Desera Smith, *et al.*, | |
| Plaintiffs, | Case No. 2:19-cv-153 |
| v. | Judge Henry Coke Morgan, Jr. |
| | Magistrate Judge Douglas E. Miller |
| Captain George's of South Carolina, LP, *et al.*, | |
| Defendants. | |

JOINT MOTION FOR CONSOLIDATION AND DISMISSAL WITH PREJUDICE

On May 29, 2019, the Court issued a Memorandum Opinion and Order (Doc. 269) that approved the Parties' settlement of both of the above-captioned actions. As part of the now-approved settlement, the Parties ask that the Court consolidate the above-captioned actions for all purposes and dismiss the cases and claims with prejudice. Pursuant to the Court's May 29th Order,

the Court will retain jurisdiction of the case to enforce the settlement agreement. Proposed Consent Orders for Consolidation and Dismissal are attached hereto.

/s/ Joshua Jewett
Joshua Jewett
Virginia State Bar No. 76884
Attorney for Plaintiffs
PIERCE / MCCOY, PLLC
101 West Main Street, Suite 101
Norfolk, Virginia 23510
Telephone:  (757) 216-0226 ext. 711
Fax:  (757) 257-0387
E-mail: jjewett@piercemccoy.com

/s/ Christopher A. Abel
Christopher A. Abel (VSB No. 31821)
Counsel for Defendants
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510
Telephone: (757) 628-5500
Fax: (757) 628-5566
E-mail: cabel@wilsav.com

**Certificate of Service**

I hereby certify that I will electronically file the foregoing, which will then send a notification of such filing (NEF) to the following:

Christopher Abel
William A.M. Burke
Wilcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510

/s/ Joshua L. Jewett
Joshua L. Jewett
Julia Rust
Counsel for Plaintiffs
PIERCE / MCCOY, PLLC
101 West Main Street, Suite 101
Norfolk, VA 23510
T: 757-216-0226
F: 757-257-0387
E: jjewett@piercemccoy.com